# MEMORANDA.

No. 46–2160. Samuel Sheller, etc., v. Britton E. Cluck. A suit in assumpsit to recover the amount of a promissory note for $500 and interest, purporting to have been executed by the defendants to the plaintiff. No complaint is made of any of the rulings of the court at the trial, nor of any of the instructions given to the jury. The court being of opinion that the verdict was not contrary to the preponderance of the evidence the judgment is affirmed. Opinion by BAILEY, P. J. Judge below, JOHN V. EUSTACE. Attorneys for appellant, Mr. JAMES SHAW, Mr. E. F. DUTCHER and Mr. NELSON FLETCHER; for appellee, Mr. J. M. HUNTER. Opinion filed Nov. 25, 1885.

No. 58– -2172. The People, etc., v. John H. Steinway et al. A suit on constable's bond for failure to return an execution within ten days after the return day thereof. On the justice's docket of the suit in which the execution was issued appeared the following entries : " July 19, 1883. On affidavit of plaintiff execution ordered and issued to constable Steinway. And on the 27th day of September, 1883, returned by him, no property found." " Execution returned to court October 9, 1883, indorsed as above." On the trial by the court below, without a jury, the court found for the defendant. This court affirms the judgment on the ground that the entries on the justice's docket would seem to indicate that after the return of the writ by the constable, September 27th, it was taken away by some one not named and again returned to the justice while holding court on the 9th day of October, and thus the return shown by the docket is of itself a sufficient answer to the alleged breach of the bond. Opinion by BAILEY, P. J. Judge below, LORIN C. COLLINS. Attorney for appellant, J. F. SNYDER; for appellee, THOMAS SHIRLEY. Opinion filed Nov. 25, 1885.